Same case below, 284 S.W.3d 406.

**No. 09-1260. Farah Ade Mohamed, et al., Petitioners v. Aware Daud, et al.**

561 U.S. 1007, 130 S. Ct. 3471, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5100.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-1261. Edward E. Anderson, Petitioner v. AMR, The Parent of American Airlines, Inc., et al.**

561 U.S. 1007, 130 S. Ct. 3472, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 4996.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 322.

**No. 09-1268. Michael Andrew Fonticoba, Petitioner v. Georgia.**

561 U.S. 1007, 130 S. Ct. 3473, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5067.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 09-1276. Joseph Quigley, Petitioner v. Esquire Deposition Services, LLC.**

561 U.S. 1007, 130 S. Ct. 3473, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 4985.

June 21, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

Same case below, 409 N.J. Super. 69, 975 A.2d 1042.

**No. 09-1280. Dominic Baragona, et al., Petitioners v. Kuwait Gulf Link Transportation Company.**

561 U.S. 1007, 130 S. Ct. 3473, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5112.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 852.

**No. 09-1283. H. Ray Lahr, Petitioner v. National Transportation Safety Board, et al.**

561 U.S. 1007, 130 S. Ct. 3493, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5143.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 569 F.3d 964.

**No. 09-1291. Andra Capaci, Petitioner v. Folmar Kenner, LLC.**

561 U.S. 1007, 130 S. Ct. 3474, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5118,

June 21, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 43 So. 3d 1234.